# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**
City ___Hagåtña___

Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number **08-00044**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_  Matter to be sealed: ___ Yes _x_ No

Defendant Name: ROQUE CHARGUALAF INOCENTES

Alias Name: _____

Address: _____
___Guam___

Birthdate __Xx/xx/19__ SS# __xxx-xx-__ Sex __M__ Race __PI__ Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA ___Karon V. Johnson___

Interpreter: _X_ No ___ Yes  List language and/or dialect: _____

**Location Status:**

Arrest Date _____
☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

RECEIVED AUG 22 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM

**U.S.C. Citations**

Total # of Counts: __1__  ___ Petty ___ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 16 USC 1538(a)(1)(B) & (D) | Taking of a Threatened Species | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: 8/20/08  Signature of AUSA: _[signed]_

# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**
City: Hagåtña

Country/Parish: _____

**Related Case Information:**
Superseding Indictment _____ Docket Number **08-00044**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile:** Yes ___ No _X_    **Matter to be sealed:** ___ Yes _x_ No

Defendant Name: BENITA SAN NICOLAS CAMP

Alias Name: _____

Address: _____
Guam

Birthdate: Xx/xx/19__  SS# xxx-xx-____  Sex _F_  Race _PI_  Nationality Chamorro

**U.S. Attorney Information:**

AUSA: Karon V. Johnson

**Interpreter:** _X_ No ___ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**RECEIVED AUG 22 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: __1__    ___ Petty ___ Misdemeanor ___ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  16 USC 1538(a)(1)(B) & (D) | Taking of a Threatened Species | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: 8/20/08    Signature of AUSA: [signature]

# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**
City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number **08-00044**
Same Defendant _____ New Defendant ___x___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No _X_   Matter to be sealed: ____ Yes _x_ No

Defendant Name ___JESSE CHACO NAUTA___

Alias Name _____

Address _____

_____Guam_____

Birthdate _Xx/xx/19_ SS# _xxx-xx-_ Sex _M_ Race _PI_ Nationality _Chamorro_

**U.S. Attorney Information:**

AUSA ___Karon V. Johnson___

Interpreter: _X_ No ___ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**RECEIVED AUG 22 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: __1__   ____ Petty ____ Misdemeanor ____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 16 USC 1538(a)(1)(B) & (D) | Taking of a Threatened Species | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __8/20/08__   Signature of AUSA: _Karon V. Johnson_

# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City ___Hagåtña___

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **08-00044**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_   Matter to be sealed: ___ Yes _x_ No

Defendant Name ___FRANK SAN NICOLAS CAMP___

Alias Name _____

Address _____

___Guam___

Birthdate _Xx/xx/19_ SS# _xxx-xx-_ Sex _M_ Race _PI_ Nationality _Chamorro_

**U.S. Attorney Information:**

AUSA ___Karon V. Johnson___

Interpreter: _X_ No ___ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

RECEIVED AUG 22 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM

**U.S.C. Citations**

Total # of Counts: __1__   ___ Petty ___ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 16 USC 1538(a)(1)(B) & (D) | Taking of a Threatened Species | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: _8/20/08_   Signature of AUSA: _Karon V. Johnson_