AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

JESSE CHACO NAUTA

**WARRANT FOR ARREST**

Case Number: CR-08-00044-003

**FILED**
DISTRICT COURT OF GUAM
AUG 22 2008 R.D
JEANNE G. QUINATA
Clerk of Court

RECEIVED AUG 21 2008 US MARSHAL SERVICE GUAM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **JESSE CHACO NAUTA** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information X Complaint ☐ Order of court

☐ Pretrial Release Violation Petition ☐ Probation Violation Petition ☐ Supervised Release Violation ☐ Violation Notice

charging him or her with (brief description of offense)

**Taking of a Threatened Species, 16 U.S.C. §§ 1538(a)(1)(B), 1538(a)(1)(D) and 1540(b)(1)**

ORIGINAL

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| JOAQUIN V. E. MANIBUSAN, JR. | *[signature]* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| U.S. Magistrate Judge | 08/21/2008; Hagatna, Guam |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

AGAT, GUAM

| DATE RECEIVED 08/22/08 | NAME AND TITLE OF ARRESTING OFFICER KEVIN SEILER SPECIAL AGENT | SIGNATURE OF ARRESTING OFFICER *[signature]* |
|---|---|---|
| DATE OF ARREST 08/22/08 | | |

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____